IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MORRIS EHRENBERG                                                              PLAINTIFF

v.                              No. 4:24-cv-939-DPM

CIGARETTE STORE, LLC, d/b/a
SMOKER FRIENDLY; SAVAGE
ENTERPRISES, LLC; and JOHN DOES
1-10                                                                          DEFENDANTS

ORDER

Cigarette Store removed this case here, relying on the Class Action Fairness Act and various loose language indicating this was a class action like *Smith v. Cigarette Store, LLC et al.*, No. 4:24-cv-469-BSM. Ehrenberg moves to remand or do jurisdictional discovery. He says—unequivocally—that this is not a class action. Cigarette Store disagrees, plus seeks consolidation with *Smith*.

The motion to remand, *Doc. 13*, is conditionally granted as modified and with directions. The Court takes Ehrenberg at his word: No class was intended. The Court concludes that the complaint's class-related words are strays from a hasty cut-and-paste job using the *Smith* complaint, which was filed some time ago by Ehrenberg's lawyers. Amended complaint with no class-related allegations or damages requests due by 14 February 2025.

There are other pending motions. The motion to stay, *Doc. 15*, and the motion to consolidate, *Doc. 20*, are denied without prejudice. Savage Enterprises's motion to dismiss, *Doc. 8*, will pend and return with the case for decision by the state court.

There's no need for any further briefing. The Court will remand promptly after receiving and reviewing the Ehrenberg-only amended complaint.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 January 2025