IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MORRIS EHRENBERG                                                                  PLAINTIFF

v.                                       No. 4:24-cv-939-DPM

CIGARETTE STORE, LLC, d/b/a
SMOKER FRIENDLY; SAVAGE
ENTERPRISES, LLC; and JOHN DOES
1-10                                                                             DEFENDANTS

## ORDER

The Court has reviewed the amended complaint, Doc. 25. It removes any doubt; Ehrenberg is not pursuing a class action. This Court therefore lacks CAFA-based subject matter jurisdiction, which was the only basis asserted for removal and the only basis argued against remand. The Court therefore remands this case to the Circuit Court of Jefferson County, Arkansas. 28 U.S.C. § 1447(c); *Royal Canin U.S.A., Inc. v. Wullschleger*, No. 23-677, slip op. at 11-12 (U.S. 15 January 2025). The motion to dismiss, Doc. 8, remains pending for decision by the Circuit Court.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 January 2025